# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

March 25, 2020

*Application DENIED. See U.S. Department of State Global Health Advisory: Level 4: "Do Not Travel." Among other issues, the grant of the application could result in Mr. Caraballo Crespo's inability to return to the United States for an indefinite period.*
*So ORDERED*
*/s/ PKC USDJ 3-26-20*

**BY ECF**
The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:     **United States v. John Caraballo Crespo**
        **16 Cr. 536 (PKC)**

Dear Judge Castel,

I write to request permission for Mr. Caraballo Crespo, who is currently on supervised release, to travel to visit his girlfriend and her family in the Dominican Republic from May 7-14, 2020. The Department of Probation, by Officer Shawte Lorick, has no objection. The Government, by Assistant United States Attorney Nicolas Roos, also has no objection.

Officer Lorick confirmed that Mr. Caraballo Crespo has done well since his release in December and is cooperative and engaged in treatment. She discussed the expectations of this requested trip with Mr. Caraballo Crespo, including that he give her an itinerary in advance of the travel. If this request is granted, Probation will return Mr. Caraballo Crespo's passport to him for the trip, and will take it back upon his return.

Thank you for your consideration.

Respectfully submitted,
/s/
Sylvie Levine
Assistant Federal Defender
212-417-8729

cc:     Officer Shawte Lorick (by email)
        A.U.S.A. Nicolas Roos (by ECF)